**SEALED**

**FILED**
NOV 12 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SEARCH WARRANTS AUTHORIZED TO SEARCH:<br><br>**Derrel's Mini Storage Unit #30**  1:10 SW 00274<br>**3245 S. Chestnut Avenue**<br>**Fresno, California; and**<br><br>**11150 E. California Avenue**  1:10 SW 00275<br>**Sanger, California** | SEALING ORDER<br><br>**UNDER SEAL**<br><br>DLB [stamp]<br><br>DLB [stamp] |

The United States having applied to this Court for an order permitting it to file under seal the search warrants, search warrant applications and affidavits in the above-captioned proceedings, together with the accompanying Memorandum and Declaration of _____, Assistant U.S. Attorney, and good cause appearing thereof,

IT IS SO ORDERED, that the search warrants, search warrant applications and affidavits in the above-entitled proceedings, together with the Application of the United States Attorney and Memorandum and Declaration in Support thereof, shall remain under seal and shall not be disclosed pending further order of this Court.

DATED: November /2, 2010

_____
DENNIS L. BECK
U.S. Magistrate Judge

1